*Cullen*
District Judge
Assign. by Clerk's Ofc.

*Ballow*
Mag. Referral Judge
Assign. by Clerk's Ofc.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 10 2022

JULIA C. DUDLEY, CLERK
BY: *A.Beeson*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS</u>
<u>OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>**

Saunders Franklin
_____
Plaintiff full name

2020 1777
_____
Inmate No.

v.

CIVIL ACTION NO. 7:22CV1126
_____
(Assigned by Clerk's Office)

Micheal McCarthy
_____
Defendant(s) full name(s)

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>\*The mailing address you provide at A: **"where are you now?"** is where the court will send mail to you\*</u>

A.  **<u>Where are you now?</u>** Facility and Mailing Address _P.o. Box 2500_

_Staunton virginia 24401_

B.  Where did this action take place? _Lynchburg Adult Detention Center_

C.  Have you begun an action in state or federal court dealing with the same
    facts involved in this complaint?

    _____ Yes        ___/___ No

    If your answer to A is Yes, answer the following:

    1.  Court: _____

    2.  Case Number: _____

D.  Have you filed any grievances regarding the facts of this complaint?

    _____ Yes        ___/___ No

    1.  If your answer is Yes, indicate the result:

    _____

    _____

    2.  If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

He got me to waive my Ple. Hearing, and told me I would get probation for (6) months and sign an order to send me to W.S.H. Prison.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

I never pleaded guilty, not Guilty, not Guilty By Reason of Insanity. I never exercised my Court Rememedies

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$2 million Dollars

G. If this case goes to trial do you request a trial by jury?    Yes ✓    No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 2-23-22        SIGNATURE: _____

VERIFICATION:
I, Saunders m. Franklin _____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 2-23-22        SIGNATURE: _____

Saunders Franklin

**WESTERN STATE HOSPITAL**
**BOX 2500**
**STAUNTON, VIRGINIA 24402-2500**

RICHMOND VA  230

7 MAR 2022   PM 1   L



Edmonia
Lewis

Clerk, UNITED STATES DISTRICT COURT
210 Franklin Road, SW, Suite 540
Roanoke, VA. 24011 - 2208

LEGAL MAIL 2-28-22   24011-221499