IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SAUNDERS MILES FRANKLIN, ) | |
| ) | Civil Action No. 7:22cv00126 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHEAL MCCARTHY, ) | By:  Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendant. ) | |

This matter is before the court on Franklin's notice of voluntarily dismissal of his complaint filed under 42 U.S.C. § 1983 (ECF No. 8). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is **ORDERED** that Franklin's complaint is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket.

The clerk is directed to send a copy of this order to the parties.

**ENTERED** this 1st day of April, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE